UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

C. PEPPER LOGISTICS, LLC,

    Plaintiff,

        v.                         Case No. 3: 21-cv-00411-JPG

JAMES A. ELY,

    Defendant.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff C. Pepper Logistics, LLC's Complaint against Defendant James A. Ely Marvin is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
**Dated: February 15, 2022**

                               **/s/ J. Phil Gilbert**
                               **J. PHIL GILBERT**
                               **DISTRICT JUDGE**